UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

                                                            Civil. Action: 19-cv-8186
                                       Plaintiff,

    -against-

BOSTON BUILDING MAINTENANCE, LLC,

                                       Defendant.
-------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs hereby give notice that the above-captioned matter is voluntarily dismissed, without prejudice against defendant.

Dated:  Fort Lee, New Jersey
          September 6, 2019

                                                  Raab, Sturm & Ganchrow, LLP

                                                 By: _____
                                                       Samuel R. Bloom (SB1988)
                                                       2125 Center Ave., Suite 100
                                                       Fort Lee, New Jersey 07024
                                                       (201) 292-0150
                                                       Facsimile – (201) 292-0152
                                                       sbloom@rsgllp.com